SLR:ES:bsg:
F#: 2010R02175

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>FARRUKH BAIG,<br>BUSHRA BAIG,<br>MALIK YOUSAF,<br>ZAHID BAIG,<br>SHANNAWAZ BAIG,<br>RAMON NANAS and<br>TARIQ RANA,<br><br>Defendants. | EX PARTE<br>POST- INDICTMENT<br>RESTRAINING ORDER<br><br>13CR351 (JF)<br><br>FILED<br>IN CLERK'S OFFICE<br>U S DISTRICT COURT E D N Y<br><br>★   JUN 13 2013   ★<br><br>LONG ISLAND OFFICE |

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elliot M. Schachner, of counsel, and the Affidavit in Support of Post-Indictment Restraining Order of Homeland Security Investigations' Special Agent Robin M. McWilliams, and pursuant to 21 U.S.C. § 853(e)(1)(A); and

It appearing to the satisfaction of the Court that on June 12, 2013, a federal grand jury in this District returned an indictment against the defendants FARRUKH BAIG, BUSHRA BAIG, MALIK YOUSAF, ZAHID BAIG, SHANNAWAZ BAIG, RAMON NANAS and TARIQ RANA, which charged them, inter alia, with alien harboring conspiracy and substantive alien harboring in violation of 8 U.S.C. § 1324(a), and which alleged that certain assets of the

defendants would, in the event of conviction, be subject to forfeiture pursuant to 8 U.S.C. § 1324(b) and 18 U.S.C. § 982(a)(6),

IT IS HEREBY ORDERED that:

1. 7-Eleven Incorporated ("SEI") shall not make any payment of amounts due the franchisees under the following agreements (the "SEI Agreements") pertaining to the following SEI franchised stores:

| Store No. | SEI AGREEMENT |
|---|---|
| 16440 | Store Franchise Agreement dated November 11, 1998 |
| 11212/34450 | Store Franchise Agreement dated November 8, 1993 |
| 11194 | Store Franchise Agreement dated November 4, 1994 |
| 11204 | Individual Store Franchise Agreement dated June 30, 2004 |
| 27642 | Individual Store Franchise Agreement dated May 13, 2004 |
| 20093 | Individual Store Franchise Agreement dated May 13, 2004 |
| 23924 | Store Franchise Agreement dated March 8, 1996 |
| 34298 | Individual Store Franchise Agreement dated September 25, 2009 |
| 23030 | Individual Store Franchise Agreement dated June 13, 2008 |
| 33718 | Individual Store Franchise Agreement dated October 13, 2008 |
| 33533 | Individual Store Franchise Agreement dated January 8, 2009 |
| 33329 | Individual Store Franchise Agreement dated December 13, 2007 |

2. SEI shall not otherwise take any steps to alienate, transfer, dispose of, sell, assign, waste, pledge, hypothecate, encumber, dissipate, or remove from the jurisdiction of the Court, amounts owed the franchisees under the SEI Agreements, at this time or in the future until further Order of the Court.

3. SEI shall, immediately upon receipt of this Order, inform the government agents or contractors who serve this Order of the amounts due the franchisees under each of the SEI Agreements as of the date of service of this Order, and shall thereafter supplement such information by reporting to the Government any additional amounts due the franchisee under

each of the SEI Agreements, and by responding promptly to requests by the Government for information concerning the amounts due the franchisee under each of the SEI Agreements.

4. Service of this Order upon defense counsel and upon SEI may be made by facsimile and/or electronic mail, provided that a hard copy is thereafter served by regular mail, overnight mail or personal service.

5. This Order shall remain in effect until further order of the Court or until the Court modifies the Order as appears necessary in the interests of justice and consistent with the purposes of 8 U.S.C. § 1324(b) and 18 U.S.C. § 982(a)(6).

6. Any person or entity who violates or assists in the violation of this Order shall be subject to all appropriate penalties, including but not limited to, contempt of court.

Dated: Central Islip, New York
June 13, 2013

s/ Sandra J. Feuerstein
UNITED STATES DISTRICT JUDGE