

**U.S. Department of Justice**

*United States Attorney's Office
Eastern District of New York*

SLR:ES:bsg
F.#2010R02175

*271 Cadman Plaza East
Brooklyn, New York 11201*

January 4, 2016

**Electronically Filed**

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
1014 Federal Plaza East
Central Islip, NY 11722

        RE:    United States v. Baig et al.
                  Criminal Docket No. 13-351(SJF)

Dear Judge Feuerstein:

       The United States respectfully writes to respond to the "Petition of Select Portfolio Servicing, Inc. for Adjudication of Interest in 5 Farmers Lane, Saint James, NY" (the "Petition") filed on December 30, 2015. (Dkt. 268).

       In the Petition, Select Portfolio Servicing, Inc. ("SPSI") requests an order for judicial recognition of SPSI's asserted interest in the real property known as 5 Farmers Lane, St. James, New York and all proceeds traceable thereto ("the St. James Property"). The St. James Property was among the subjects of Preliminary Orders of Forfeiture as to Defendants Ramon Nanas and Tariq Rana. However, on December 23, 2015, the United States filed a motion (Dkt. 267) for the entry, as to those Defendants, of Amended Preliminary Orders of Forfeiture (collectively, "the Amended Orders", Dkt. 267-1 and 267-2) which would delete the St. James Property from the list of assets to be forfeited. Should the Court so order the Amended Orders, the St. James Property would no longer be subject to forfeiture and there would be no need for the Court to determine what interest, if any, SPSI has in the St. James Property.

       Accordingly, the United States respectfully requests that the Court so order the Amended Orders and thereafter dismiss the Petition as moot.

Thank you for Your Honor's consideration of this submission.

                                      Respectfully submitted,

                                      Robert L. Capers
                                      UNITED STATES ATTORNEY

By:    /s/ Elliot M. Schachner
        Elliot M. Schachner
        Assistant U.S. Attorney
        (718) 254-6053

cc:    Counsel of record (via ECF)