Norman Trabulus
345 Seventh avenue
21st Floor
New York, New York 10001
(212) 221-7811 telephone
(212) 398-8835 telefacsimile

Member, NY Bar                                              email: ntrabulus@gmail.com

January 6, 2015

Hon. Sandra J. Feuerstein
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip NY 11722

Re: *USA v. Farrukh Baig*, 13 CR- 00351(SJF)

Your Honor:

Defendant Farrukh Baig joins the government's opposition to the December 30, 2015 motion of Select Portfolio Servicing, Inc. ("Select Portfolio"). That motion seeks an advisory opinion from the Court that Select Portfolio is the holder of a valid lien on property co-owned by Farrukh Baig, in which his wife and children presently reside. We would add that the validity of the claimed lien, and Select Portfolio's putative status as a lienholder, are not matters presently in controversy in this criminal action; it appears, rather, that Select Portfolio may be seeking improperly to invoke this Court's jurisdiction in an attempt to bind Farrukh Baig preemptively on those issues in a possible future foreclosure action in state court.

For these reasons the motion should be denied.

Respectfully submitted,

/S/

Norman Trabulus